```
                                          FILED
                                       JAN 0 4 2011
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR3468-GT |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| FRANCISCO AGUILAR VILLAGRANA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for January 5, 2011 at 9:00 a.m., be continued to January 12, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 1-4-11

**HONORABLE GORDON THOMPSON, JR.**
United States District Judge